# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 297 WAL 2016

                     Respondent    :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

             v.                      :

JAJA NEVELS,    :

                     Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 31st day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.